■ FAY HILL, Appellant, v EMMANUEL K. ACHIAH et al., Respondents. [943 NYS2d 885]—Order, Supreme Court, Bronx County (Mitchell Danziger, J.), entered December 27, 2011, which, in an action for personal injuries allegedly sustained when plaintiff pedestrian was struck by defendants' vehicle as she crossed the street, denied plaintiff's motion for summary judgment on the issue of liability, unanimously affirmed, without costs.

Summary judgment in plaintiff's favor was properly denied since the conflicting accounts of plaintiff and defendant driver raise triable issues of fact as to how the accident occurred (*see Negron v Garcia*, 85 AD3d 513 [2011]). Concur—Saxe, J.P., Sweeny, Acosta, Freedman and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MONAKEY, Appellant. [944 NYS2d 712]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about February 23, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Saxe, J.P., Sweeny, Acosta, Freedman and Román, JJ.